IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:17-CV-288-WKW |
| v. ) | [WO] |
| ) | |
| OFFICER ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 25, 2017, the Magistrate Judge filed a Recommendation. (Doc. # 6.) On June 5, 2017, Plaintiff Timothy Woods responded to the Recommendation by filing a document titled "God Motion of Justice" (Doc. # 7), which was docketed both as an objection to the Recommendation and as a motion for divine intervention.

In the document titled "God Motion for Justice" (Doc. # 7), Mr. Woods states that God has granted him relief in that Defendant Armstrong is now dead and the streets are safe. To the extent that Mr. Woods appeals for further relief directly from God, the requested relief is beyond the jurisdiction of this court to grant.

It is not clear whether Mr. Woods intended his "God Motion for Justice" (Doc. # 7) to operate as an objection to the Recommendation.  To the extent that the document could be construed as an objection, the objection fails to indicate which portion of the Recommendation is alleged to be erroneous, and Mr. Woods asserts no factual or legal grounds to support a finding of error.

Upon an independent review of the record and upon consideration of the Recommendation and Plaintiff's "God Motion for Justice," it is ORDERED that the objection (Doc. # 7) is OVERRULED, the Recommendation is ADOPTED (Doc. # 6), and Mr. Woods's federal claims[1] are DISMISSED with prejudice on grounds that the statute of limitations has expired.

Further, it is ORDERED that Mr. Woods's "God Motion for Justice" (Doc. # 7) is DENIED for lack of jurisdiction.

A separate final judgment will be entered.

DONE this 18th day of July, 2017.

            /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The complaint does not appear to include any state law claims.